IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Silva,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant, | No. CIV 06-0065-PHX-EHC (JCG)<br><br>ORDER |

   On September 26, 2006, a Report and Recommendation was filed. (Dkt. 6). No objections were filed.

   Plaintiff's mail was returned with the annotation "RTS - (Return to Sender) - Unable to Forward." (Dkts. 5, 7). Plaintiff's failure to keep the Court informed of his new address as well as his failure to complete service of the summons and complaint on the Defendant within 120 days of the filing date of the complaint or within 60 days of the filing of the order constitutes failure to prosecute.

1 | The Court being fully advised,

2 | **IT IS ORDERED** adopting the Report and Recommendation of
3 | the Magistrate Judge. (Dkt. 6).

4 | **IT IS FURTHER ORDERED** that the complaint is dismissed
5 | without prejudice pursuant to Rule 41(b), Fed.R.Civ.P.

6 | DATED this 21st day of December, 2006.

```
                    _____
                            Earl H. Carroll
                       United States District Judge
```